UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALVERNEST KENNEDY,

    Plaintiff,

    v.     Case No. 25-cv-225-bbc

JOANNA BARON,

    Defendant.

## ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff Alvernest Kennedy, who is representing himself, is proceeding on a Fourteenth Amendment denial of medical care claim against Wellpath Nurse Joanna Baron in connection with alleged insulin overdoses at the Waukesha County Jail in September 2024. Dkt. Nos. 8 & 9. On August 15, 2025, Defendant filed a motion for judgment on the pleadings based on Kennedy's failure to opt-out of third-party releases, as required under the Bankruptcy Plan in *In re Wellpath Holdings, Inc*. *See* Dkt. No. 14. Kennedy filed a response, on September 10, 2025, asserting that he never received notice of the third-party releases and his need to opt out of them. Dkt. No. 18. On September 17, 2025, Defendant filed a reply asking to "strike" the motion for judgment on the pleadings because Wellpath's bankruptcy counsel confirmed to undersigned counsel that the third-party releases are ineffective as to Kennedy because he did not receive notice. *Id*. Accordingly, the Court will deny the motion for judgment on the pleadings. *See* Civil L. R. 56(b)(10) (E.D. Wis.) (noting that "striking" filings are generally disfavored and, whenever possible, all arguments relating to the other party's submissions should be contained in memoranda and resolved on the

merits). If the parties require amendment of the Scheduling Order issued August 11, 2025, *see* Dkt. No. 13, they may file a motion for extension of time with new proposed deadlines.

**IT IS THEREFORE ORDERED** that Defendant's motion for judgment on the pleadings (Dkt. No. 14) is **DENIED**.

Dated at Green Bay, Wisconsin on September 23, 2025.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge