UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ALVERNEST KENNEDY,

        Plaintiff,

      v.                              Case No. 25-CV-225

JOANNA BARON,

        Defendant.

---

**DECISION AND ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS MOOT**

---

Plaintiff Alvernest Kennedy is representing himself in this 42 U.S.C. § 1983 case. On February 2, 2026, Plaintiff filed a motion to compel. On March 4, 2026, Defendant responded to the motion. Defendant explains that Plaintiff served his first set of requests for production of documents, interrogatories, and requests for admission on November 12, 2025. Defendant served her responses to Plaintiff's requests for admission on November 18, 2025. On January 12, 2026, the day Defendant's response to the first set of discovery was due, Plaintiff served a second set of interrogatories and requests for production. The second set of requests for production was identical to the first set, with one additional request, and Defendant served her response to Plaintiff's second set of requests for production on January 26, 2026. Plaintiff's second set of interrogatories was identical to the first set, and Defendant served her response to Plaintiff's second set of interrogatories on February 24, 2026. *See* Dkt. No. 40. Given that Defendant has provided Plaintiff with the discovery he requested, the Court will deny his motion to compel as moot. Plaintiff's response to Defendant's motion for summary judgment is due April 22, 2026.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to compel (Dkt. No. 27) is **DENIED as moot**.

**IT IS FURTHER ORDERED** that Plaintiff's response to Defendant's motion for summary judgment is due **April 22, 2026**. If Plaintiff fails to respond to the motion by the deadline or does not request additional time to do so, the Court will accept all facts asserted by Defendant as undisputed and may grant the motion for noncompliance.

Dated at Green Bay, Wisconsin on March 20, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge

2